```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  03/15/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EUGENIO (A.K.A ERIC) CUXIL, ENRIQUE
JULIO VASQUEZ TZUNUN, and
ORLANDO HUERTA GUERRA *individually
and on behalf of others similarly situated,*

                *Plaintiffs,*

    -against-

MASTERS FOOD SERVICE INC. (D/B/A
FUEL GRILL & JUICE BAR), NINTH AVE
FOOD CORP. (D/B/A FUEL GRILL & JUICE
BAR), HEALTH BAR 47 INC.,
AHMAD ALOUIE, RICK GURSOY,
TOASTY DOE, SHANTELLE CURVETS,
DELFINO CASTILLO, and JOHN DOE,

                *Defendants.*
------------------------------------------------------------X

18-CV-06782 (VEC)

**DEFAULT JUDGMENT**

On July 27, 2018, this action was commenced by Plaintiffs' filing of the Complaint. (Dkt. No. 1). A First Amended Complaint was filed on October 19, 2018. The summons and Complaint in this action having been duly served on the defendants Masters Food Service Inc. (d/b/a Fuel Grill & Juice Bar), Ninth Ave Food Corp. (d/b/a Fuel Grill & Juice Bar), Health Bar 47 Inc., Ahmad Alouie, Rick Gursoy, Toasty Doe, Shantelle Curvets, and Delfino Castillo, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment jointly and severally against the Defendants Masters Food Service Inc. (d/b/a Fuel Grill & Juice Bar), Ninth Ave Food Corp. (d/b/a Fuel Grill & Juice Bar), Health Bar 47 Inc., Ahmad Alouie, Rick Gursoy, Toasty Doe, Shantelle Curvets, and Delfino Castillo by default, in the amounts that follow, including compensatory damages and permissible liquidated damages and prejudgment interest, all computed as provided in 28 U.S.C. § 1961(a):

For Plaintiff Eugenio (a/k/a Eric) Cuxil: $128,544.60 plus prejudgment interest calculated upon the amount $59,272.30 at the rate of 9% per annum from June 25, 2016 to the date of judgment, which is calculated to be $14,512.78;

For Plaintiff Enrique Julio Vasquez Tzunun: $25,534.80, plus prejudgment interest calculated upon the amount $7,767.40 at the rate of 9% per annum from July 1, 2017 to the date of judgment, which is calculated to be $1,193.20;

For Plaintiff Orlando Huerta Guerra: $88,249.00, plus prejudgment interest calculated upon the amount $39,124.50 at the rate of 9% per annum from March 3, 2016 to the date of judgment, which is calculated to be $10,698.67;

That the Plaintiffs are awarded attorney's fees in the amount of $2,860 and costs in the amount of $1,390, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiffs are awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:   New York, New York
         3·15      , 2019

                                            _____
                                            JUDGE VALERIE E. CAPRONI
                                            UNITED STATES DISTRICT JUDGE